UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
ROY BROOKS, JR.                     *      CIVIL ACTION NO. 12-0863
                                    *
VERSUS                              *
                                    *
OCEANEERING INTERNATIONAL, INC.     *      SECTION "N", MAG. 1
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

### ORDER

CONSIDERING THE FOREGOING Motion to Dismiss;

IT IS ORDERED that this suit is hereby dismissed with full prejudice to all rights of the parties, each party to be responsible for their respective costs and expenses.

THUS DONE AND SIGNED this ___8th___ day of _____May_____ 2013, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE